FILED    ENTERED
LODGED    RECEIVED

DEC 1 2 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN WALKER,             )
                           )
             Plaintiff,      )  Case No. C08-1609-JLR-BAT
                           )
      v.                     )
                           )  **ORDER DISMISSING ACTION**
KENT REGIONAL JUSTICE CENTER, et.al., )  **AND DENYING *IN FORMA***
                           )  ***PAUPERIS* APPLICATION AS**
            Defendants.   )  **MOOT**
                           )

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the proposed complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is DISMISSED; and

(3)     Plaintiff's IFP application (Dkts. 1, 4) is DENIED as moot.

(4)     The Clerk of Court is directed to send copies of this Order to plaintiff and to

        Magistrate Judge Brain A. Tsuchida.

DATED this 12ᵗʰ day of December, 2008.

08-CV-01609-ORD

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION AND
DENYING *IN FORMA PAUPERIS*
APPLICATION AS MO – 1